UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MUAMMER BAKAN, et al.,<br><br>Defendants. | CASE NO. C24-616 MJP<br><br>ORDER OF REFERRAL |

The Court issues this Order <u>sua sponte</u> and in response to <u>In re Amazon Counterfeit Enforcement Litigation</u>, General Order 03-23 (Mar. 7, 2023). Consistent with General Order 03-23, the Court hereby REFERS all issues related to service of Defendants to Magistrate Judge Brian A. Tsuchida, including the pending Motion to Stay Rule 26 Deadlines (Dkt. No. 9).

The clerk is ordered to provide copies of this order to all counsel.

Dated November 6, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER OF REFERRAL - 1