The Honorable Marsha J. Pechman
Magistrate Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SEIKO EPSON CORPORATION, a Japan corporation; and EPSON AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MUAMMER BAKAN, an individual; OSMAN CELLIK, an individual; MUSTAFA CENAN, an individual; ENES CEYLAN, an individual; SERHAT DAG, an individual; OGUN DALKA, an individual; AYCE IDIL DIS, an individual; AYGUL DURGUN, an individual; ERDEM KARAMAN, an individual; LEVENT KESKIN, an individual; MUMTAZ KEREM NAYMAN, an individual; HACI ALI ORCAN, an individual; MESUT OZCELIK, an individual; GULCIHAN SALLI, an individual; SAHIN SALLI, an individual; FATMA NURTEN SANLIER, an individual; NIHAT TELLI, an individual; CEYLAN ULKU, an individual; RAMAZAN ULKU, an individual; ENGIN ULUTAS, an individual; YUSEF UNVERMIS, an individual; SELCUK YALCIN, an individual; OMER TURGUT YUCE, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-00616-MJP-BAT<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO EXTEND DEADLINE TO SERVE DEFENDANTS OGUN DALKA, MESUT OZCELIK, FATMA NURTEN ŞANLIER, AND OMER TURGUT YUCE** |

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO EXTEND DEADLINE TO SERVE - 1
(2:24-cv-00616-MJP-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion to Extend Deadline to Serve Defendants Ogun Dalka, Mesut Ozcelik, Fatma Nurten Sanlier, and Omer Turgut Yuce (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, Seiko Epson Corporation, and Epson America, Inc. (collectively, "Plaintiffs"). The Court having considered Plaintiffs' Motion and finding good cause, it is hereby **ORDERED**:

1. Plaintiffs' Motion is **GRANTED**.

2. Plaintiffs' deadline to serve Defendants Ogun Dalka, Mesut Ozcelik, Fatma Nurten Sanlier, and Omer Turgut Yuce is extended to **May 6, 2025**, by which time Plaintiffs shall file either: (a) an affidavit proving service; (b) a motion requesting additional time to serve; or (c) a motion for alternative service.

SO ORDERED this 6th day of February, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott Commerson
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO EXTEND DEADLINE TO SERVE - 2
(2:24-cv-00616-MJP-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax