UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., | CASE NO. C24-616 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MUAMMER BAKAN, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Plaintiffs have successfully obtained entry of default against all Defendants except Defendants Sanlier and Nayman, and they have voluntarily dismissed their claims against Defednant Ceylan. (See Dkt. Nos. 40, 41 43.) Within 20 days of entry of this Order, Plaintiffs must move for default judgment against all Defendants against whom default has been entered, or file a joint status report. Similarly, as to their claims against Defendants Sanlier and Nayman,

against whom default has not been entered, Plaintiffs must file a joint status report within 20 days of entry of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 10, 2025.

Ravi Subramanian
Clerk of Court

s/ Alejandro Pasaye Hernandez
Deputy Clerk