UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., | CASE NO. C24-616 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MUAMMER BAKAN, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiffs' Status Report. (Dkt. No. 46.) Plaintiffs must move for default judgment against all but Defendant Nayman within 30 days of entry of this Order or the Court will dismiss the claims for failure to prosecute. As to Defendant Nayman, the Parties must file a status report within 30 days of entry of this Order to report on whether the Parties have settled or whether they will proceed with litigation. Failure to file the status report as to Nayman will result in dismissal of the claims against Defendant Nayman for failure to prosecute.

The clerk is ordered to provide copies of this order to all counsel.

Filed July 2, 2025.

Ravi Subramanian
Clerk of Court

s/ Alejandro Pasaye Hernandez
Deputy Clerk