The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SEIKO EPSON CORPORATION, a Japan corporation; and EPSON AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MUAMMER BAKAN, an individual; OSMAN CELLIK, an individual; MUSTAFA CENAN, an individual; ENES CEYLAN, an individual; SERHAT DAG, an individual; OGUN DALKA, an individual; AYCE IDIL DIS, an individual; AYGUL DURGUN, an individual; ERDEM KARAMAN, an individual; LEVENT KESKIN, an individual; MUMTAZ KEREM NAYMAN, an individual; HACI ALI ORCAN, an individual; MESUT OZCELIK, an individual; GULCIHAN SALLI, an individual; SAHIN SALLI, an individual; FATMA NURTEN SANLIER, an individual; NIHAT TELLI, an individual; CEYLAN ULKU, an individual; RAMAZAN ULKU, an individual; ENGIN ULUTAS, an individual; YUSEF UNVERMIS, an individual; SELCUK YALCIN, an individual; OMER TURGUT YUCE, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-00616-MJP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION |

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 1
(2:24-cv-00616-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants Muammer Bakan, Osman Cellik, Mustafa Cenan, Serhat Dag, Ogun Dalka, Ayce Idil Dis, Aygul Durgun, Erdem Karaman, Levent Keskin, Haci Ali Orcan, Mesut Ozcelik, Gulcihan Salli, Sahin Salli, Nihat Telli, Ceylan Ulku, Ramazan Ulku, Engin Ulutas, Yusef Unvermis, Selcuk Yalcin, and Omer Turgut Yuce brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (together, "Amazon") and Seiko Epson Corporation, and Epson America, Inc. (together "Epson," and with Amazon, "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 7,700 words.

SO ORDERED this 30th day of July, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott R. Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 2
(2:24-cv-00616-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax